USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 2/19/2020



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 21, 2020

> A competency hearing will be held on March 6, 2020, at 4:00 PM. Defense counsel are directed to submit a letter stating whether they intend to contest the findings concerning their respective client, Almaleh Report dated 11/18/2019 and Iotova Report dated 12/23/2019, by Friday, February 28, 2020.

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Issak Almaleh and Antoaneta Iotova*, 17 Cr. 25 (**ER**)

Dear Judge Ramos:

The Government respectfully submits this letter to request that the Court schedule a competency hearing for both defendants at a time convenient to the Court on March 2, March 3 (after 1:00 p.m.), or March 6 (except 10:30 a.m. to 11:30 a.m.), 2020. The Government has conferred with defense counsel, and they are available at those dates and times.

The Government notes that Speedy Trial time continues to automatically be excluded pursuant to 18 U.S.C. § 3161(h)(1)(A) due to the pending determinations of the mental competency of both defendants.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: *Robert B. Sobelman*
David W. Denton, Jr.
Robert B. Sobelman
Assistant United States Attorneys
(212) 637-2744/2616

cc: Susan Marcus, Esq. (by ECF)
Thomas H. Nooter, Esq. (by ECF)
Ezra Spilke, Esq. (by ECF)
Guy Oksenhendler, Esq. (by ECF)

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 2/19/2020
New York, New York