UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

ISSAK ALMALEH a/k/a "Issak Izrael," and ANTOANETA IOTOVA,

Defendants.

**AMENDED ORDER**

17 Crim. 25 (ER)

RAMOS, D.J.:

A competency hearing pursuant to 18 U.S.C. § 4241 is currently scheduled for Friday, March 6, 2020 at **2:30 p.m.** for both Almaleh and Iotova. **The hearing shall be held in courtroom 318 of the Thurgood Marshall United States Courthouse at 40 Centre Street.** Not later than 3:00 p.m., March 5, 2020, the parties shall confer and inform the Court, in writing: 1) whether they intend on calling witnesses, and, if so, the expected duration of their testimonies; and 2) whether they intend on submitting for the Court's consideration in this hearing any of the previous evaluations or reports concerning either defendant. Additionally, if the parties wish to put forth any written submissions, they should be filed not later than 9:30 a.m., March 6, 2020.

It is SO ORDERED.

Dated: March 4, 2020
New York, New York

EDGARDO RAMOS, U.S.D.J.