**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ISSAK ALMALEH and ANTOANETA IOTOVA,

Defendants.

No. 17-CR-25-ER

> The government is directed to respond by 5:00 PM Thursday, March 26, 2020.
> SO ORDERED.
> Edgardo Ramos, U.S.D.J
> Dated: Mar. 23, 2020
> New York, New York

## DEFENDANTS' JOINT MOTION FOR RELEASE ON BAIL

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the undersigned will move the Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, at a time the Court designates, for an Order granting the relief specified in the accompanying memorandum of law, and granting such other and further relief as the Court deems just and proper.

Dated: Brooklyn, New York
March 22, 2020

Respectfully submitted,

*/s Ezra Spilke*
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Issak Almaleh*

*/s*
Thomas Hamilton Nooter
Freeman Nooter & Ginsberg
75 Maiden Lane, Suite 503
New York, NY 10038
(212) 608-0808
*Counsel for Antoaneta Iotova*

*/s*
Guy Oksenhendler
419 Park Avenue South, 2nd Floor
New York, NY 10016
(212) 213 4666
*Counsel for Issak Almaleh*

*/s*
Susan Katherine Marcus
Law Firm of Susan K Marcus, LLC
29 Broadway, Suite 1412
New York, NY 10006
(212) 792-5131