```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    17 CR 25 (ER)
     -against-                       :    ORDER
                                     :
Issak Almaleh                        :
Antoaneta Iotova                     :
                                     :
         Defendant                   :
                                     :
-------------------------------------X
```

Edgardo Ramos, United States District Judge:

ORDERED that, upon release, the defendants are subject to location monitoring with the technology at the discretion of Pretrial Services. Both defendants shall be subject to home detention upon placement in a stable residence.

Dated: New York, New York
       March 26, 2020

                                    SO ORDERED

                                    _____
                                    Edgardo Ramos
                                    United States District Judge