```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :
                                       :   17 CR 25 (ER)
        -against-                      :   ORDER
                                       :
Issak Almaleh                          :
Antoaneta Iotova                       :
                                       :
        Defendant                      :
                                       :
---------------------------------------X
```

Edgardo Ramos, United States District Judge:

ORDERED that the defendant's bail be modified to remove the condition of GPS monitoring and home detention. The defendants are directed to maintain daily telephone contact with Pretrial Services.

Dated: New York, New York
       March 27, 2020

                                        SO ORDERED

                                        _____
                                        Edgardo Ramos
                                        United States District Judge