UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– *against* –

ISSAK ALMALEH *and* ANTOANETA IOTOVA,

Defendants.

**ORDER**

17 Crim. 25 (ER)

RAMOS, D.J.:

The parties are directed to appear at a status teleconference on October 2, 2020, at 12 p.m to discuss the defendants' concerns regarding their current legal representation. The parties are further directed to call (877) 411-9748 and enter access code 302 9857# at that time.

It is SO ORDERED.

Dated:   September 23, 2020
         New York, New York

EDGARDO RAMOS, U.S.D.J.