## Law Offices of Ezra Spilke

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

September 28, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:     *United States v. Issak Almaleh et al.*, No. 17 Cr. 25 (ER)

Dear Judge Ramos:

      We write to respectfully request an extension until this Friday, October 2, 2020, of the defendants' deadline to file their reply briefs in support of their Rule 12 motions. When requesting the briefing schedule in this case, we overlooked the fact that reply briefs would be due on Yom Kippur, which is today. The defendants and one or more members of the defense are observing this holiday. We have attempted to reach counsel for the government and will update the Court with the government's position on this request promptly after learning it. Please excuse the lateness of this application.

Respectfully submitted,

*/s Ezra Spilke*
Ezra Spilke
1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
(718) 783-3682
*Counsel for Issak Almaleh*

cc:     All counsel of record by ECF

The application is __X__ granted
                 _____ denied

Edgardo Ramos, U.S.D.J
Dated:   9/28/2020
New York, New York