UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ISSAK ALMALEH, and<br>ANTOANETA IOTOVA,<br><br><div align="right">Defendants.</div> | **ORDER**<br><br>17 Cr. 0025 (ER) |

Ramos, D.J.:

    The following Case Scheduling Order is hereby adopted:

1.    A trial has been scheduled in this action to commence on **September 7, 2021 at 9:30 AM.**

2.    Motions *in limine* should be filed by **August 2, 2021** and oppositions thereto should be filed by **August 16, 2021.**

3.    Proposed jury instructions, *voir dire* questions, and verdict sheet should be filed by **August 2, 2021** and objections thereto should be filed by **August 16, 2021.**

4.    The Final Pretrial Conference shall be held on **September 2, 2021 at 2:00 PM.**

    It is SO ORDERED.

Dated:  December 3, 2020
      New York, New York

Edgardo Ramos, U.S.D.J.