Law Firm of
**Susan K Marcus, LLC**
29 Broadway, Suite 1412, New York, NY 10006
T: 212-792-5131 ◆ F: 888-291-2078 ◆ E: susan@skmarcuslaw.com

January 25, 2021

<u>VIA ECF</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

In re: *United States v. Issak Almaleh and Antoaneta Iotova*, 17-CR-25 (ER)

Dear Judge Ramos:

On behalf of Ms. Iotova and Mr. Almaleh, we write to request a modification of the Court's Order on bail. We ask that the Court modify its order to allow Ms. Iotova and Mr. Almaleh to report by telephone to pretrial weekly (instead of daily, which have they currently been doing). Pretrial Services Officer Valenzuela states he has had no issues with their compliance to date. Officer Valenzuela and AUSA Robert Sobelman do not object to the modification.

Thank you for your consideration of this request.

Sincerely,

*[signature]*
Susan K. Marcus, Esq.

/s/ Thomas H. Nooter
Thomas H. Nooter, Esq.
*Attorneys for Antoaneta Iotova*

/s/ Ezra Spilke
Ezra Spilke, Esq.

/s/ Guy Oksenhendler
Guy Oksenhendler, Esq.
*Attorneys for Issak Almaleh*

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: __1/28/2021__
New York, New York