**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:  12/15/2021

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2021

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Arraignment is adjourned to January 13, 2022 at 10:30 a.m.
> Speedy trial time is excluded from today, December 15, 2021
> until January 13, 2022, in the interest of justice.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: ___12/15/2021___
> New York, New York

Re:    *United States v. Issak Almaleh and Antoaneta Iotova*, **S1 17 Cr. 25 (ER)**

Dear Judge Ramos:

        The Government respectfully submits this letter on behalf of all parties to jointly request that the Court reschedule the arraignment presently scheduled for December 16, 2021, at 10:00 a.m., for a date and time convenient to the Court in January 2022, in light of the current illnesses of both a defendant and a defense attorney.

        The Government further requests, out of an abundance of caution and in light of the filing of the Superseding Indictment, and with the consent of the defendants, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today, December 15, 2021, until February 22, 2022.[1]

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney for the
                                        Southern District of New York

                        By:    *Robert B. Sobelman*
                                        _____
                                        Rebecca T. Dell
                                        Robert B. Sobelman
                                        Assistant United States Attorneys
                                        (212) 637-2198/2616

---

[1] On May 14, 2021, before the filing of the Superseding Indictment, the Court previously excluded time under the Speedy Trial Act until February 22, 2022.

cc:    Susan Marcus, Esq. (by ECF)
        Thomas H. Nooter, Esq. (by ECF)
        Ezra Spilke, Esq. (by ECF)
        Guy Oksenhendler, Esq. (by ECF)