Law Offices of Ezra Spilke

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:   1/12/2022
```

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

January 12, 2022

**By ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Issak Almaleh et al.*, No. 17 Cr. 25 (ER)

Dear Judge Ramos:

    An arraignment on the superseding indictment is scheduled for tomorrow at 10:30 A.M. Today I learned that Guy Oksenhendler, my co-counsel for Issak Almaleh, is quarantining at home with his minor daughter who tested positive for SARS-CoV-2 and cannot leave his home, let alone enter the courthouse. I have a duty day in White Plains tomorrow that I cannot reschedule at this late date.

    A telephonic arraignment poses logistical challenges. The defendants share a single phone, and Mr. Almaleh does not speak English, making live interpretation over the phone difficult. In light of the ever-increasing Covid positivity rates in the area, the defendants respectfully request an adjournment of the arraignment of approximately two weeks.

    I have conferred with counsel for the government who has no objection to this application. Time has been excluded until January 13, 2022, in the interest of justice. The government requests an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from January 13, 2022, until the date in February to which the Court reschedules the arraignment. Thank you for your considerate attention to this matter.

Hon. Edgardo Ramos  January 12, 2022
Re: *United States v. Issak Almaleh et al.*  Page 2 of 2

        Respectfully submitted,

        */s Ezra Spilke*
        Ezra Spilke
        1825 Foster Avenue, Suite 1K
        Brooklyn, New York 11230
        (718) 783-3682
        *Counsel for Issak Almaleh*

cc:    All counsel of record by ECF

---

The arraignment is adjourned to January 27, 2022 at 2 p.m.  Speedy trial time is excluded from January 13, 2022 until January 27, 2022, in the interest of justice.

SO ORDERED.

        _____
        Edgardo Ramos, U.S.D.J
        Dated: ___1/12/2022_____
        New York, New York