UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– v. –

ISSAK ALMALEH,
   a/k/a "Issak Izrael," and
ANTOANETA IOTOVA,

                        Defendants.

**ORDER**

17 Cr. 25 (ER)

RAMOS, D.J.:

      Defendants Issak Almaleh and Antoaneta Iotova filed a motion to dismiss or, in the alternative, for a bill of particulars. Defendants argued, in part, that the indictment is insufficient with respect to Counts One (conspiracy to commit bank fraud), Two (bank fraud), and Three (wire fraud). Doc. 425. The counts of conspiracy to commit bank fraud and bank fraud are no longer in the case. Doc. 462. The superseding indictment contains new Counts One (conspiracy to commit mail fraud and wire fraud) and Two (mail fraud). *Id.*

      If Defendants wish to make additional arguments regarding Counts One through Three, they are directed to file supplemental briefs, not longer than 10 pages, by February 14, 2022. The Government is directed to file a response, not longer than 10 pages, by February 22, 2022.

      It is SO ORDERED.

Dated:   January 31, 2022
            New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.