UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:  2/18/2022
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| –v– | **ORDER** |
| ISSAK ALMALEH and ANTOANETA IOTOVA, | 17-cr-25 (ER) |
| Defendants. | |

Ramos, D.J.:

On January 3, 2022, the parties were advised that this action was second in line for jury selection on March 2, 2022. Doc. 465. The trial previously ahead of this case has been adjourned. Accordingly, jury selection will be held on March 2, 2022 at 10 a.m. Trial will commence immediately after jury selection.

It is SO ORDERED.

Dated:  February 18, 2022
       New York, New York

Edgardo Ramos, U.S.D.J.