UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

       - against -

ISSAK ALMALEH,

                 Defendant.
--------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: __2/22/2022__

**ORDER**

17 Cr. 25 (ER)

Ramos, U.S.D.J.:

       CJA counsel Guy Oksenhendler's application on consent to withdraw as counsel of record for Issak Almaleh is GRANTED.

       It is SO ORDERED.

Dated:  New York, New York
         February 22, 2022

                                                    Edgardo Ramos, U.S.D.J.