UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

– against –

ISSAK ALMALEH, a/k/a "Issak Izrael," and
ANTOANETA IOTOVA,

                Defendants.

**ORDER**

17 Cr. 25 (ER)

RAMOS, D.J.:

      The Government is directed to respond to Defendants Issak Almaleh's and Antoaneta Iotova's motions *in limine* (Doc. 484) no later than end of business on February 23, 2022.

      It is SO ORDERED.

Dated:  February 22, 2022
          New York, New York

                                              EDGARDO RAMOS, U.S.D.J.