UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -against- | No. 17 Cr. 25 (ER) |
| ISSAK ALMALEH, | ORDER |
| Defendant | |

Edgardo Ramos, United States District Judge:

    IT IS HEREBY ORDERED that within forty-eight (48) hours upon service of this Order, NYU Langone Hospitals, Tisch Hospital, 550 First Avenue, New York, NY 10016, shall provide a copy of the following to Ezra Spilke, Esq., 1825 Foster Avenue, Suite 1K, Brooklyn, New York 11230:

    A copy of all records in its possession or control relating to ISSAK ALMALEH, DOB ███████.

    These records shall include, but are not limited to, any and all transcripts, psychological or psychiatric evaluations and reports, and medical records, excluding none.

Dated:    March 3, 2022
            New York, New York

                                          SO ORDERED

                                          Edgardo Ramos
                                          United States District Judge