<a>
</a>

<b>
</b>



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 4, 2022

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Issak Almaleh and Antoaneta Iotova*, S1 17 Cr. 25 (ER)

Dear Judge Ramos:

As directed by the Court, the parties have conferred regarding a proposed schedule for trial in the above-captioned case, in light of the unexpected delay to the start of trial and the resulting unavailability of certain witnesses. The parties have agreed on the following schedule, subject to the Court's and the jury's availability. The parties propose that trial proceed according to the following schedule:

- The Court would sit Monday, March 7 and Tuesday, March 8, according to the schedule previously set by the Court (9:30 a.m. to 2:40 p.m.).
- The Court would not sit Wednesday, March 9.
- The Court would sit Thursday, March 10, according to the schedule previously set, but would likely adjourn early.
- The Court would not sit Friday, March 11.
- The Court would sit Monday, March 14, and every day thereafter, until the conclusion of trial, according to the schedule previously set by the Court.

The reason for the gap in testimony is that one Government witness, who was previously supposed to testify during the first two (subsequently adjourned) days of trial, is unable to testify until Thursday, March 10, due to a medical procedure earlier in the week, and another Government witness, who was previously supposed to testify during the first two (subsequently adjourned) days of trial, will be out of the country and will not return until Saturday, March 12.

March 4, 2022
Page 2

                                                       Respectfully submitted,

                                                       DAMIAN WILLIAMS
                                                     United States Attorney

                          By:         /s/
                                                       Rebecca T. Dell
                                                       Matthew J. King
                                                       Elizabeth A. Hanft
                                                       Assistant United States Attorneys
                                                       (212) 637-2198/2384/2334

cc:      Ezra Spilke, Esq. (by ECF); Susan Marcus, Esq. (by ECF); Thomas Nooter, Esq. (by ECF)