XUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>ISSAK ALMALEH,<br><br>Defendant. | **ORDER**<br><br>17 Cr. 0025-1 (ER) |

Ramos, D.J.:

The C.J.A. attorney assigned to this case, Ezra Spilke, is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to **Richard H. Rosenberg**.

SO ORDERED.

Dated: New York, New York
       October 6, 2022

_____
Edgardo Ramos, U.S.D.J.