To the Southern District Court of New York

USA
Palintiff                        **MEMO ENDORSED**, page 2.
vs
Antoaneta Iotova
Issak Almaleh
Defendnats                       17-0025-cr


Emergency Motion for Travel Permission

Your Honor,

Defendants continue to have no attorney to file a single paper to the court. They have probation restricting their existence to Manhattan area, that is not enough to support their life normal continuance.

They ask your Honor to restore the map area to the area from before the trial to be able to travel to Brooklyn and Queens, also to Florida, where their kids reside. That is important for their normal existence.

Almost every day they have traveled to Brooklyn and Queens for doctor, medical procedure and food, and to visit their kids, who are their dependents, because of study and total dependence on the expenses. Now the probation officer announced them they cant do that anymore and every time they visit Brooklyn bridge have to call the probation that wont be possible all the time, especially in emergency and the fact that Almaleh is deaf and they share the same telephone. It is quite impossible this way they to live to the rest of the probation without visiting their family, kids and parents.

The probation officer today made it very clear and intimidating, by raiding their shelter at 6 am in the morning, and asked them to go outside at the lobby, and humiliated them in front of the security and the staff in the shelter, just to surprise them and to find them outside somewhere and to arrest them.

Please, have some mercy on the Defendants. We already have hard time surviving under the total harassment by the shelter administration. We need our support system to survive.

The document of the restrictions that you approved already contains the map area of New York City in full and all the way to Florida, and this was not removed. At the last hearing at the sentencing the attorney of the US had nothing against to keep the map the same from the pretrial, and in the conversation with the defense attorney Sabina confirmed that that wont be a problem if it was already approved in the pretrial document.

Defendants have kept that map for 6 years and have not made even a single violation.

Please, to correct the area for the probation to have it, we need to buy products and to go to doctor regularly.

Antoaneta Iotova
Issak ALmaleh   04/27/23

Almaleh and Iotova's application for modification of their conditions of supervised release allowing travel to EDNY and SDFL is granted.  Almaleh and Iotova must seek approval in advance of travel from and as directed by Probation.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:   5/17/2023
New York, New York