UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br> – *against* –<br><br>ISSAK ALMALEH,<br> a/k/a "Issak Izrael," *and*<br>ANTOANETA IOTOVA,<br><br>        Defendants. | **ORDER**<br><br>17-cr-25 (ER) |
| ISSAK ALMALEH,<br><br>        Movant,<br><br> – *against* –<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 25-cv-1037 (ER) |
| ANTOANETA IOTOVA,<br><br>        Movant,<br><br> – *against* –<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | 25-cv-1042 (ER) |

R<small>AMOS</small>, D.J.:

  On February 3, 2025, Issak Almaleh and Antoaneta Iotova jointly filed a motion to vacate their sentence under 28 U.S.C. 2255. Docs. 604, 605. The Government is directed to respond by February 20, 2025.

Dated: February 6, 2025
New York, New York

_____
EDGARDO RAMOS, U.S.D.J.