UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,,

                Plaintiff,

-*against*-

ISSAK ALMALEH, a/k/a "Issak Izrael," *and*
ANTOANETA IOTOVA,

                Defendants.

**ORDER**

17-cr-25 (ER)

RAMOS, D.J.

    As part of their sentence in this action, on January 30, 2023, the Court ordered Defendants Issak Almaleh and Antoaneta Iotova to pay a total of $24,639.47 in restitution to a total of eleven victims. Docs. 543, 545. On March 3, 2025, Defendants filed a motion to reduce the restitution they were ordered to pay by $3,100 because of payments already made to two of the victims. Doc. 610. On March 11, 2025, the Government opposed the motion because "it is entirely duplicative of a prior motion that was previously resolved by [the] Court." Doc. 612.

    The Government is correct that the Court previously entered amended orders of restitution as to each Defendant on May 30, 2024, reducing restitution by $2,900. Docs. 602, 603.[1] The schedules to the amended orders, filed under seal, correctly noted the reduced amount of restitution. However, Defendants are correct that the actual amended orders of restitution, which were filed on the public docket, still noted the full amount, $24,639.47. *Id.* On March 17, 2025, the Court entered an amended order of restitution reflecting the correct reduced amount, $21,739.47. Accordingly, because the amended order of restitution properly accounts for the

---

[1] On May 21, 2024, in a letter filed under seal, the Government noted that only $2,900 were paid to the two victims, not $3,100, as Defendants currently contend, so the restitution order was reduced only by $2,900.

2

$2,900 paid to the two victims, the motion to further reduce the restitution is denied.  The Clerk of Court is directed to terminate the motion, Doc. 610.

    SO ORDERED.

Dated:   March 17, 2025
           New York, New York

_____
EDGARDO RAMOS, U.S.D.J.