UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

ISSAK ALMALEH and ANTOANETA IOTOVA

Defendant.

**ORDER**

17-cr-25 (ER)

Ramos, D.J.:

On March 25, 2025, the defendants Almaleh and Iotova filed a supplemental motion to vacate, Doc. 616, and on April 1, 2024, they filed a motion to reduce the restitution, Doc. 617. The government is directed to respond to both motions by May 22, 2025.

It is SO ORDERED.

Dated:   March 25, 2025
         New York, New York

Edgardo Ramos, U.S.D.J.