UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       Plaintiff,

 -*against*-

ISSAK ALMALEH *and*
ANTOANETA IOTOVA,

       Defendants.

**ORDER**

17-cr-25 (ER)

RAMOS, D.J.

  The Government filed a motion on July 17, 2025 for an order directing the Clerk of Court to apply the $5,000 currently on deposit in the registry of the Court, as security for Antoaneta Iotova's appearance bond, to her outstanding restitution balance. Doc. 628. Ms. Iotova is directed to respond by August 22, 2025.

  SO ORDERED.

Dated: August 8, 2025
    New York, New York

                   EDGARDO RAMOS, U.S.D.J.