UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>     -*against*-<br><br>ISSAK ALMALEH, a/k/a "Issak Izrael," *and*<br>ANTOANETA IOTOVA,<br><br>      Defendants. | **ORDER**<br><br>17-cr-25 (ER) |

R<small>AMOS</small>, D.J.:

  Between February 3, 2025 and May 16, 2025, Issak Almaleh and Antoaneta Iotova ("Defendants") filed three motions to vacate their sentences pursuant to 28 U.S.C. § 2255.  *See* Doc. 626.  The Court denied all three motions on May 28, 2025.  *Id.*  The Court also denied the Defendants' motion to waive the requirement for interest on their restitution and denied the Defendants in forma pauperis status for the purpose of an appeal.  *Id.*

  The Defendants filed a notice of appeal on July 28, 2025.  Doc. 632.  This Court declines to issue a certificate of appealability because the Defendants have not made a substantial showing of the denial of a federal right.  *See Love v. McCray*, 413 F.3d 192, 195 (2d Cir. 2005); 28 U.S.C. § 2253(c)(2) ("A certificate of appealability may issue . . . only if the [Petitioner] has made a substantial showing of the denial of a constitutional right.").

IT SO ORDERED.

Dated: November 3, 2025
      New York, New York

Edgardo Ramos, U.S.D.J.